DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN MANUEL MATA-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-08-0198 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JUAN MANUEL MATA-FLORES, | Date: June 23, 2008 |
| | Time: 8:30 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through Daniel S. McConkie, Jr., Assistant United States Attorney, and JUAN MANUEL MATA-FLORES, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for May 27, 2008, be vacated and rescheduled for status conference on June 23, 2008, at 8:30 a.m.

This continuance is being requested because defense counsel needs additional time to review discovery with defendant, who speaks only Spanish, and for ongoing defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from May 27, 2008, through and including June 23, 2008, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 21, 2008

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Matthew C. Bockmon
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JUAN MANUEL MATA-FLORES

Dated: May 21, 2008

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Bockmon for
                                        _____
                                        DANIEL S. McCONKIE, JR.
                                        Assistant U.S. Attorney
                                        per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  May 22, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE